UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH A. BRYANT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:06-cv-0458 |
| | ) |
| MT DEVELOPMENT COMPANY, and | )   Judge Thomas A. Wiseman, Jr. |
| RENEGADE, INC., d/b/a SKINNY'S DINER, | ) |
| | ) |
|     Defendants. | ) |

## FINAL JUDGMENT

Judgment by default is hereby entered against Defendants MT Development Company and Renegade, Inc., d/b/a Skinny's Diner, and damages awarded to the Plaintiff in the amount of $14,940.00 (fourteen thousand nine hundred forty dollars and 00/100) plus court costs as permitted by the Federal Rules of Civil Procedure and the applicable statutes.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge